ABRAHAM WERBELOVSKY, Respondent, and LUKCITY, INC., and Others, Intervenors, Respondents, v. SAMUEL STRAUSBERG and Others, Appellants, SAMUEL

SMALL and Others, Impleaded Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.